IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00342-WDM

EARLY SUCCESS ACADEMY, INC., et al.,

    Plaintiffs,

v.

NATIONAL CONVENIENCE STORES, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to amend complaint is denied; the amended complaint submitted does not comply with D.C.COLO.LCivR 10.1E.

Dated: April 4, 2006

                                                        s/ Jane Trexler, Secretary/Deputy Clerk