IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC.,
DIANA GADISON,

      Plaintiffs,

v.

NATIONAL CONVENIENCE STORES, INC.,
a Delaware corporation;
CIRCLE K STORES, INC.,
a Texas corporation;
GRAMERCY ENTERPRISES, INC.,
a California corporation,
GEHAD A. ABUAGINA,
individually; and
NIMER ABU AJIENA,
individually,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Consented to Motion to Vacate May 17, 2006 Scheduling Conference (filed May 8, 2006; *doc. no. 33*) is **GRANTED**.  However, the court will convert the scheduling conference into a motion hearing in order to address Plaintiff's Motion to Amend the Complaint.  Accordingly,

      IT IS ORDERED that the scheduling conference set for **May 17, 2006, at 10:45 a.m.** is **CONVERTED** into a motion hearing in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Minute Order dated April 11, 2006.

**DATED:**     May 9, 2006