IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC., *et al*

      Plaintiffs,

v.

NATIONAL CONVENIENCE STORES, INC.,
a Delaware corporation;
CIRCLE K STORES, INC.,
a Texas corporation;
GRAMERCY ENTERPRISES, INC.,
a California corporation,
GEHAD A. ABUAGINA,
individually; and
NIMER ABU AJIENA,
individually,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY **ORDERED** that Plaintiffs' Consented To Motion To Amend Complaint (Filed June 07, 2006, *doc no. 48*) is **GRANTED.**

      Harry Smith, Jr. is therefore added as a plaintiff in this matter.

      The Amended Complaint and Jury Demand tendered to the court June 07, 2006 is **ACCEPTED** for filing and deemed filed as of the date of this order.

      The FRCP 16(b) scheduling and planning conference **remains** set June 30, 2006 at 11:30 a.m.

**DATED:**   June 8, 2006