**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-00342-WDM-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: September 28, 2006** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| EARLY SUCCESS ACADEMY, INC., et al., | Eric J. Voogt |
| **Plaintiffs,** | |
| v. | |
| NATIONAL CONVENIENCE STORES, INC., | Matthew J. Costinett |
| a Delaware corporation, et al., | Melissa C. Collins |
| | Gail L. Wurtzler |
| **Defendants.** | Cameron T. Chandler |

**COURTROOM   MINUTES /   MINUTE   ORDER**

**HEARING:          MOTIONS   HEARING**
**Court in Session:  1:30 a.m.**
Court calls case.  Appearance of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:   Gramercy Enterprises, Inc.'s Motion to Amend Cross-Claims dated August 14, 2006 (doc. 74) is granted for the reasons stated on the record.  The tendered amended cross-claims by defendant Gramercy Enterprises, Inc. are accepted for filing on this date.**

**ORDERED:   The parties shall provide confidential settlement memorandums to the Court by October 31, 2006.**

HEARING CONCLUDED.

**Court in Recess**:  1:48 p.m.
Total   In-Court Time:      00:18