IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC., et al.,

    Plaintiffs,

v.

GRAMERCY ENTERPRISES, INC.,

    Defendant.

---

**NOTICE OF DISMISSAL OF CERTAIN CLAIMS**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of defendant /cross-claimant, Gramercy Enterprises, Inc.'s cross-claims against defendants/cross-claim defendants, National Convenience Stores, Inc and Circle K Stores, Inc. in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the cross-claims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, October 4, 2006

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge

PDF FINAL