IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC.,
DIANA GADISON, individually,
HARRY SMITH, JR., individually,

    Plaintiffs,

v.

GRAMERCY ENTERPRISES, INC.,
a California corporation,
NATIONAL CONVENIENCE STORES, INC.,
a Delaware corporation;
CIRCLE K STORES, INC., a Texas corporation;
GEHAD A. ABUAGINA, individually; and
NIMER ABU AJIENA, individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Abuagina's Motion for Designation of Responsible Non-Parties Under Colo. Rev. Stat. § 13-21-111.5 is **GRANTED**.

    As of the date of this order, the Clerk's office is instructed to accept for filing, Defendant Abuagina's Designation of Responsible Non-Parties Under Colo. Rev. Stat. § 13-21-111.5 (*doc no. 109-2*) tendered to the court on October 10, 2006.

**DATED:**    October 11, 2006