IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC., et al.,

    Plaintiffs,

v.

NATIONAL CONVENIENCE STORES, INC., et al.,

    Defendants.

## NOTICE OF DISMISSAL OF NIMER ABU AJIENA ONLY

    The court takes notice of Plaintiff's Notice of Dismissal of Defendant Nimer Abu Ajienaof in accordance with Fed. R. Civ. P. 41(a)(1)(i).  Accordingly, this case is dismissed without prejudice as to Nimer Abu Ajiena only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 23, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge

PDF FINAL