IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC., et al.,

    Plaintiffs,

v.

GRAMERCY ENTERPRISES, INC.,

    Defendant/Cross-Claimant,

v.

NATIONAL CONVENIENCE STORES, INC., et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the plaintiffs' claims are dismissed with prejudice as to defendant National Convenience

Stores, Inc. only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 31, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge