IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00342-WDM-CBS

EARLY SUCCESS ACADEMY, INC.,
DIANA GADISON, individually,
HARRY SMITH, JR., individually,

    Plaintiffs,

v.

GRAMERCY ENTERPRISES, INC.,
a California corporation,

    Defendant/Cross-Claimant,

v.

GRAMERCY ENTERPRISES, INC.,
a California corporation,
NATIONAL CONVENIENCE STORES, INC.,
a Delaware corporation;
CIRCLE K STORES, INC., a Texas corporation; and
GEHAD A. ABUAGINA, individually;

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiffs Unopposed Motion to Vacate Telephone Status Conference (*doc. no. 190)* is **GRANTED**. The hearing set for August 6, 2007, is **VACATED**.

**DATED:**    August 3, 2007